**Fill in this information to identify the case:**

Debtor 1  George Yut Yuen Low

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the  Southern    District of   California
(State)

Case number   18-01859-LT13

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:**  Quicken Loans Inc.

**Court claim No. (if known):**  9

**Last 4 digits** of any number you use to identify the debtor's account:  7987

**Date of payment change:**
Must be at least 21 days after date of this notice    3/1/2019

**New total payment:**
Principal, interest, and escrow, if any    $  2,461.12

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No

   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:**  $  528.93      **New escrow payment:**  $  561.92

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No

   ☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____ %     **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No

   ☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*
   Reason for change: _____

   **Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

| Debtor 1 | George Yut Yuen Low | Case Number *(if known)* | 18-01859-LT13 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  **/s/ Raymond Jereza**
Signature

Date  **January 24, 2019**

Print:  Raymond Jereza
         First Name   Middle Name   Last Name

Title:  Attorney for Creditor

Company:  Aldridge Pite, LLP

Address:  4375 Jutland Dr. Suite 200; P.O. Box 17933
          Number           Street

          San Diego        CA            92177
          City             State         Zip Code

Contact phone  858  750  7600

Email  rjereza@aldridgepite.com

GEORGE Y LOW
2025 S JUNIPER ST
ESCONDIDO CA 92025-6627



## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

### ACCOUNT HISTORY

THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM 04/01/18 THROUGH 02/28/19.
YOUR  MONTHLY   MORTGAGE PAYMENT FOR THE PAST YEAR WAS        2,428.13 OF WHICH       1,899.20 WAS FOR PRINCIPAL AND INTEREST
 AND        528.93 WENT INTO YOUR ESCROW ACCOUNT.
OVER THIS PERIOD, AN ADDITIONAL         50.18 WAS DEPOSITED INTO YOUR ESCROW ACCOUNT FOR INTEREST ON ESCROW.

| MO | PROJ ESCROW DEPOSIT | ACTUAL ESCROW DEPOSIT | | PROJ ESCROW PAYMENTS | DESCRIPTION | ACTUAL ESCROW PAYMENTS | PROJ ESCROW BALANCE | ACTUAL ESCROW BALANCE |
|---|---|---|---|---|---|---|---|---|
| STARTING BALANCE | | | | | ............................. | | 1057.85 | 1057.86 |
| APR | 528.93 | 528.93 | | | ESC REFUND | .01* | 1586.78 | 1586.78 |
| MAY | 528.93 | 528.93 | | | | | 2115.71 | 2115.71 |
| JUN | 528.93 | 528.93 | | | | | 2644.64 | 2644.64 |
| JUL | 528.93 | 528.93 | | | | | 3173.57 | 3173.57 |
| AUG | 528.93 | 528.93 | | | | | 3702.50 | 3702.50 |
| SEP | 528.93 | 528.93 | | | | | 4231.43 | 4231.43 |
| OCT | 528.93 | 528.93 | | | | | 4760.36 | 4760.36 |
| NOV | 528.93 | | * | 2554.49 | CNTY TAXES | 2596.40* | 2734.80 | 2163.96 |
| NOV | | | | | HAZ INS | 1368.43* | 2734.80 | 795.53 |
| DEC | 528.93 | 579.11 | * | 1238.17 | HAZ INS | * | 2025.56 | 1374.64 |
| JAN | 528.93 | 1057.86 | *Y | | | Y | 2554.49 | 2432.50 |
| FEB | 528.93 | 528.93 | Y | | | Y | 3083.42 | 2961.43 |
| MAR | 528.93 | | * | 2554.49 | CNTY TAXES | * | 1057.86 | |

LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE MADE DURING THIS PERIOD EQUALING        6,347.15. UNDER FEDERAL LAW, YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED         1,057.86 (NO MORE THAN TWICE LAST YEARS PROJECTED MONTHLY ESCROW PAYMENT), UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT. UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED       1,057.86.

AN ASTERISK (*) INDICATES A DIFFERENCE FROM A PREVIOUS ESTIMATE EITHER IN THE DATE OR THE AMOUNT. IF YOU WANT A FURTHER EXPLANATION, PLEASE CALL OUR TOLL-FREE NUMBER.

```
                            ACCOUNT PROJECTION

     COUNTY TAX           :         5,192.80
     HAZARD INS           :         1,368.43
     ----------------------------------------
     ANNUAL DISBURSEMENTS :         6,561.23
         6,561.23 / 12 =             546.77 ESCROW PAYMENT

     PAYMENTS      PAYMENTS                     CURRENT BAL    REQUIRED BAL
 MO    TO           FROM     DESCRIPTION        PROJECTION     PROJECTION
BALANCE AS OF 02/28/19..........................  2,961.43      3,143.17
 MAR  546.77     2,596.40   CNTY TAXES             911.80      1,093.54
 APR  546.77                                     1,458.57      1,640.31
 MAY  546.77                                     2,005.34      2,187.08
 JUN  546.77                                     2,552.11      2,733.85
 JUL  546.77                                     3,098.88      3,280.62
 AUG  546.77                                     3,645.65      3,827.39
 SEP  546.77                                     4,192.42      4,374.16
 OCT  546.77                                     4,739.19      4,920.93
 NOV  546.77     2,596.40   CNTY TAXES           2,689.56      2,871.30
 DEC  546.77     1,368.43   HAZ INS              1,867.90      2,049.64
 JAN  546.77                                     2,414.67      2,596.41
 FEB  546.77                                     2,961.44      3,143.18
```

    THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS     2,961.43 . YOUR
    STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE    3,143.17 .

    THIS MEANS YOU HAVE A SHORTAGE OF        181.74.   THIS SHORTAGE MAY
    BE COLLECTED FROM YOU OVER A PERIOD OF 12 MONTHS OR MORE UNLESS THE
    SHORTAGE IS LESS THAN 1 MONTHS DEPOSIT, IN WHICH CASE WE HAVE THE
    OPTION OF REQUESTING PAYMENT WITHIN 30 DAYS. WE HAVE DECIDED TO
    COLLECT IT OVER 12 MONTHS.

    YOUR   MONTHLY    MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
        2,461.12 OF WHICH    1,899.20 WILL BE FOR PRINCIPAL AND
    INTEREST AND       546.77 WILL GO INTO YOUR ESCROW ACCOUNT.

    NEW PAYMENT INFORMATION
         PRINCIPAL AND INTEREST         1,899.20
         ESCROW PAYMENT                   546.77
         OVER/SHORT SPREAD                 15.15
                                        ---------------
    NEW PAYMENT EFFECTIVE 03/01/19      2,461.12

    KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
    ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

CERTIFICATE OF SERVICE BY MAIL

I, Sarah Valdez, am a resident of San Diego, California, and I am over the age of eighteen (18) years, and not a party to the within action.  My business address is: 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-0933.

I served the attached NOTICE OF MORTGAGE PAYMENT CHANGE by placing a true copy thereof in an envelope addressed to:

Bruno Flores
Law Offices of Bruno Flores
3133 Tiger Run Court
Suite 107
Carlsbad, CA 92010
bruno@brunoflores.com

George Yut Yuen Low
2025 S. Juniper Street
Escondido, CA 92025

Thomas H. Billingslea
401 West A Street, Suite 1680
San Diego, CA 92101
Billingslea@thb.coxatwork.com

which envelope was then sealed and postage fully prepaid thereon, and thereafter on 01/25/2019, deposited in the United States Mail at San Diego, California.  There is regular delivery service between the place of mailing and the place so addressed by the United States Mail.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 25, 2019           /s/ Sarah Valdez
                                  SARAH VALDEZ

- 1 -